AO 121 (6/90)

| TO: |  |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | US DISTRICT COURT, EASTERN DISTRICT OF PA |
| **DOCKET NO.** 13-1763 | **DATE FILED** 4/4/2013 |
| | ROOM 2609<br>601 MARKET STREET, PHILADELPHIA, PA 19106 |
| **PLAINTIFF** | **DEFENDANT** |
| MALIBU MEDIA, LLC | JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 108.36.98.62 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | (SEE ATTACHED) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |||
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK || AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Copyrights-In-Suit for IP Address 108.36.98.62

ISP: Verizon Internet Services
Location: Broomall, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 10/24/2012 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/26/2013 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 02/14/2013 |
| Afternoon Snack | PENDING | 02/23/2013 | 02/28/2013 | 02/24/2013 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 09/19/2012 |
| Carmen An Afternoon to Remember | PA0001775902 | 02/13/2012 | 02/17/2012 | 02/17/2013 |
| Carmen Leila Christmas Vacation | PA0001771706 | 12/16/2011 | 01/17/2012 | 02/17/2013 |
| Carmen Poolside Striptease | PA0001771672 | 01/09/2012 | 01/17/2012 | 02/17/2013 |
| Close to the Edge | PA0001800579 | 08/06/2012 | 08/07/2012 | 08/11/2012 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 08/16/2012 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 10/09/2012 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 02/12/2013 |
| Good Vibrations | PA0001800359 | 07/02/2012 | 07/09/2012 | 01/25/2013 |
| Grace Angelic | PA0001800022 | 07/09/2012 | 07/11/2012 | 01/25/2013 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 02/21/2013 |
| Holiday in Spain | PA0001780466 | 10/21/2011 | 03/10/2012 | 08/31/2012 |
| House of the Rising Sun | PA0001806475 | 09/07/2012 | 09/19/2012 | 09/11/2012 |
| Inspiration | PA0001801714 | 08/10/2012 | 08/14/2012 | 08/11/2012 |
| Introducing Angelica | PA0001818283 | 11/28/2012 | 12/13/2012 | 12/06/2012 |
| Loving Angels | PA0001817752 | 11/30/2012 | 12/17/2012 | 02/21/2013 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| MaryJane Young Love | PA0001762404 | 08/15/2011 | 11/23/2011 | 02/21/2013 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 09/11/2012 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 01/25/2013 |
| Mutual Orgasm | PA0001783357 | 03/09/2011 | 03/25/2012 | 01/06/2013 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 09/02/2012 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 02/07/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/02/2013 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 09/10/2012 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/14/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 03/04/2013 |
| The Masseuse | PA0001779634 | 11/25/2011 | 03/08/2012 | 08/17/2012 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 02/21/2013 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 08/21/2012 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 10/09/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 08/18/2012 |
| Tiffany Teenagers In Love | PA0001762019 | 12/29/2010 | 11/20/2011 | 01/14/2013 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 08/17/2012 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 01/03/2013 |
| White Hot | PA0001800472 | 08/02/2012 | 08/05/2012 | 08/11/2012 |
| Wild at Heart | PA0001785969 | 04/08/2012 | 04/09/2012 | 01/25/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/18/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 41**